HENRY A. COOK, Appellee, v. W. D. THUMAN *et al.*, Appellants.

Appeal: ADDITIONAL ABSTRACT NOT DENIED: DISMISSAL.

*Appeal from Carroll District Court.*—HON. J. H. MACOMBER, Judge.

FRIDAY, MAY 19, 1893.

ACTION in equity to subject certain real estate and personal property to the payment of a judgment in favor of the plaintiff against the defendants. Decree was entered for plaintiff. The defendants appeal.—*Dismissed.*

*E. L. Greene* for appellants.

*George W. Paine* for apellee.

GIVEN, J.—I. The appellee filed an additional abstract, in which he denies that the trial judge certified the evidence as set out in the appellant's abstract, and denies that any certificate whatever in reference thereto was filed in the case, and denies that both abstracts contain all the evidence. The appellants not only fail to meet this denial, but have failed to file any argument. Such being the state of the record, the appeal is DISMISSED.